FILED
2022 Apr-27  PM 02:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBI CALDWELL and JUSTIN BUI,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| | ) | **Case No.:** _____ |
| **v.** | ) ) | |
| **KIA AMERICA, INC.** | ) ) | |
| **Defendant.** | ) | |

## <u>NOTICE OF REMOVAL</u>

# Exhibit "A"
## (State Court File)

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | ELECTRONICALLY FILED<br>3/23/2022 3:43 PM<br>01-CV-2022-900848.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>JACQUELINE ANDERSON SMITH, CLERK |
|---|---|---|

Case Number: 01
Date of Filing: 03/23/2022       Judge Code:

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### BOBBI CALDWELL ET AL v. KIA AMERICA, INC.

**First Plaintiff:** ☐ Business   ☑ Individual        **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other                     ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☑ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING        A ☐ APPEAL FROM<br>DISTRICT COURT        O ☐ OTHER

R ☐ REMANDED        T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ YES ☑ NO     Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
MCK044        3/23/2022 3:43:42 PM        /s/ KEITH MCKERALL
Date        Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☐ NO

ELECTRONICALLY FILED
3/23/2022 3:43 PM
01-CV-2022-900848.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY,

| | |
|---|---|
| BOBBI CALDWELL and | ) |
| JUSTIN BUI, | ) |
|     Plaintiffs, | ) |
| | ) Civil Action No.: |
| v. | ) |
| | ) |
| KIA AMERICA, INC., | ) |
|     Defendant. | ) |

## COMPLAINT

Come Now the Plaintiffs in the above styled case, Bobbi Caldwell and Justin Bui,

husband and wife, through counsel, and aver as follows:

### Introduction, Parties and Jurisdiction

1.  This is a consumer Breach of Warranty case and Fraud case involving a 2020 KIA
    Telluride SUV "total cash delivered price" at the purchase of June 26, 2019, was
    $43,500.00.

2.  The buyer and present owner of the subject KIA is the plaintiff Bobbi Caldwell,
    who is an adult resident citizen of Shelby County Alabama.

3.  Bobbi Caldwell's husband, Justin Bui, is an adult resident citizen of Shelby
    County, Alabama.

4.  Defendant KIA America, Inc., a/k/a KIA Motors America, Inc. ("KIA") is a
    foreign corporation that regularly does business in Jefferson County, Alabama.
    KIA manufactured and warranted the 2020 KIA Telluride, VIN No.
    5XYP34HC7LG020840 (the "SUV"), which vehicle is the subject of this action.

5.  Caldwell purchased the SUV in Jefferson County, Alabama and all relevant
    attempted repairs were conducted in Jefferson County, Alabama at authorized KIA
    dealerships.

6.  The alleged breaches of warranty described below occurred in Jefferson County,
    Alabama.

## Count One (Breach of Warranty)
## (Bobbi Caldwell)

7.    Plaintiffs adopt, incorporates, and re-alleges the averments of all preceding paragraphs and he further avers as follows.

8.    On or about June 26, 2019, Plaintiff Bobbi Caldwell purchased the new SUV described above, for personal, household or family purposes.

9.    At the time of purchase, the SUV was brand new.

10.   Plaintiff Caldwell has experienced serious defects, problems, nonconformities, and poor quality in the vehicle, including but not limited to problems with the transmission and suspension system.

11.   Said defects, problems, nonconformities, and poor quality have substantially adversely affected use and value of the vehicle to Caldwell.

12.   Plaintiffs returned the vehicle to authorized servicing dealers for repairs of the above stated problems and defects, under the manufacturer's warranty, on numerous occasions and the vehicle has been out of service for repair attempts for at least 140 days.

13.   Not all of the mechanical and functional problems that Plaintiff has experienced were adequately repaired, and most of them were not repaired in a timely manner.

14.   The problems that Plaintiff has experienced with her SUV were not repaired in a timely manner insofar as the SUV was out of service for warranty-related repairs continuously for several months, which included a long and unreasonable delay in replacing the transmission.  As of the time of this filing, the suspension problem has not been adequately repaired despite more than one repair attempt by KIA via its authorized warranty servicing dealership and during the months that passed while the SUV remained in the possession of the dealership.

15.   Plaintiff properly notified KIA of the problems, defects and nonconformities in the vehicle and gave KIA or its authorized agent reasonable opportunity to inspect, service, and/or repair said nonconformities and problems.

16.   Undersigned counsel, on behalf of the plaintiff, notified KIA of this warranty claim by letter of August November 22, 2021, which KIA received and acknowledged.

17.   KIA and undersigned counsel arranged a "Final Repair Attempt" of the Caldwell's SUV which took place at Trussville KIA in Trussville, Alabama on January 25, 2022.

18.   Stated differently, Caldwell provided KIA an opportunity to cure the problems with the SUV and to conform the SUV to the standards required by the manufacturer's warranty.

19.   KIA participated in its opportunity to cure by conducting the "Final Repair Attempt" which was not fully successful.

20.   Plaintiff Caldwell filed for adjudication of her consumer warranty claims via the Better Business Bureau's Auto-Line Program, a service that meets the requirements of the Magnuson-Moss Warranty Act and 16 CFR Part 703, in providing non-binding consumer arbitration services in consumer automotive warranty cases.

21.   The BBB Auto Line declined to accept Caldwell's consumer complaint due to the mileage on the odometer at the time of presentation of the claim to BBB.

22.   Caldwell has satisfied the procedural prerequisites to filing this lawsuit by first sending written notice to KIA, by providing KIA with an opportunity to cure, and by exhausting her administrative remedies with the BBB.

23.   Plaintiff Caldwell and KIA are subject to the provisions of Alabama's Uniform Commercial Code-Sales, Code of Alabama §7-2-101 *et seq.*  Defendant KIA is a "seller" and Plaintiff's vehicle is a "good" and a "consumer good" pursuant to the Alabama UCC.

DOCUMENT 2

24.  Plaintiff Caldwell is entitled to be awarded all damages available pursuant to Code of Alabama §7-2-714 and §7-2-715, including but not limited to damages for mental anguish.

25.  Plaintiff Caldwell is a "consumer", and her SUV is a "consumer product" pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C.A. Sec. 2301.

26.  Defendant KIA is both a "warrantor" and "supplier" pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C.A. Sec. 2301.

27.  Plaintiff Caldwell avers that under the circumstances of this case, the Defendant's warranties failed of their essential purpose.

28.  Plaintiff avers that any limitation of remedies (including but not limited to limitations or exclusions of incidental and/or consequential damages) contained in any of Defendant's warranties is unconscionable.

29.  KIA has breached its express written warranty.

30.  Defendant KIA breached its express warranty by:
     (a)  Manufacturing, marketing, or selling to Caldwell an SUV not fit for the purposes for which such vehicles are sold or leased; and/or
     (b)  Failing adequately to correct the problems, defects, and nonconformities in said vehicle, or by failing to do so within a reasonable amount of time.

31.  As a proximate consequence of Defendant's breaches of warranty, Plaintiff Caldwell has suffered the loss of use and value of the vehicle, and further, Plaintiff has suffered inconvenience, frustration, hassle, and mental anguish.

32.  As a proximate consequence of Defendant's breaches of warranty, plaintiffs together have expended over $5,000 in rental car charges while the SUV has been in the shop out of service for attempted warranty repairs.

33.  Caldwell has retained undersigned counsel to represent her for purposes of her breach-of-warranty claims.

34.   The Magnuson-Moss Act allows for an award of attorney's fees to a successful consumer who prevails in a claim for breach of warranty in the type of case at bar. See Magnuson-Moss Warranty - Federal Trade Improvement Act, 15 USCS Sec. 2301 *et seq.* and *Forest River v Posten,* 847 So. 2d 957 (Ala. Civ. App. 2002).

35.   For the reasons set forth herein above, this action is subject the Magnuson-Moss Warranty Act, 15 U.S.C.A. Sec. 2301 *et seq.* if for no other reason than for purposes of fee shifting, and plaintiff requests an award of attorney's fees as provided by said statute for prevailing consumers.

36.   Plaintiff's counsel has notified KIA of her intent to claim attorney's fees and costs in this matter in his initial notice letter of November 22, 2021, citing the Magnuson-Moss Warranty Act, informing KIA that Caldwell intended to exercise every right available her under the statute, which statute includes a fee shifting provision for the benefit of successful consumers under the appropriate circumstances.

37.   Plaintiff's counsel has reminded KIA representatives, after the transmission of the initial notice letter, on several occasions, that she would be claiming attorney's fees and expenses if it became necessary to file a lawsuit.

**WHEREFORE,** Plaintiff Caldwell claims damages for breach of warranty, mental anguish, rental reimbursement with interest, incidental and consequential damages, and all other compensatory damages available, and any appropriate equitable relief, plus interest, costs and in addition, attorney's fees pursuant to 15 U.S.C.A. Sec. 2310 (The Magnuson-Moss Act).

## COUNT TWO- FRAUD

### (Bui and Caldwell)

38.  Plaintiffs adopt and incorporate the foregoing and further aver as follows.

39.  On or about November 10, 2021, plaintiff Justin Bui spoke to Mike in customer service at KIA.

40.  In the November 10, 2021, telephone conversation, Mr. Bui informed Mike that the subject SUV had been in the shop for warranty repairs for a few weeks during which Bui had rented a substitute vehicle, and Bui requested rental reimbursement.  Mike confirmed that the KIA rental reimbursement rate was $41.00 per day until the car would be ready for pickup.  Mike explained that rental receipts were to be turned in to the dealership, who would submit the reimbursement request to KIA, who, KIA, would then remit payment to the dealer who would then tender reimbursement to Bui and Caldwell. To supplement Mr. Bui's efforts, in January of 2022 undesigned counsel began e-mailing rental reimbursement to Allison in KIA customer service, who was the assigned KIA representative with whom counsel communicated after KIA received after receipt of the initial breach-of-warranty notice letter. Over the course of about a month, undersigned counsel provided Allison with all of the prior and current rental charges that had accrued.

41.  On February 8, 2022, Mr. Bui called KIA customer service about his rental reimbursement requests and was again told to submit the rental charges to the dealer, after which the dealer would submit the request to KIA and that thereafter, KIA would mail payment to the customer's home address.

42.   Bui submitted the rental charges to the dealership on February 28, 2022, and on that same day, undersigned counsel submitted the total rental charges, about $5,000.00, to Allison at KIA.

43.   To date, KIA has failed to remit rental reimbursement to the plaintiffs.

44.   The KIA representatives' representations assuring Bui that KIA would reimburse the rental charges after presentation of the invoices to the dealership was false and misleading, lulling Bui into a false sense of assurance that his and his wife's expenditures of thousands of dollars in rental charges would be reimbursed at all, or that they would be reimbursed in a timely and reasonable manner. These assurances were false representations of material fact, made to delay reimbursement or to avoid reimbursement altogether.

45.   Bui, and Caldwell on whose behalf Bui made the calls to KIA, reasonably and justifiably relied on these false and misleading promises to their detriment.

46.   Bui and Caldwell have not only incurred rental costs in reliance upon KIA's assurances, but also have lost the use of that money while paying interest on the expenditures, having charged over $5,000.00 to a credit card to float the charges while anticipating timely and full reimbursement.

47.   Bui and Caldwell have experienced financial loss, loss of use of their money, interest on the credit card account, frustration, annoyance, and anxiety over KIA's misleading business practices and failure to reimburse.

48.   Defendant's misrepresentations of material fact made Bui were intentional, reckless, and malicious; or, were made negligently, or were made with

reckless disregard for the truth. Accordingly, plaintiffs respectfully request an award of both compensatory and punitive damages, plus interest, costs and attorney's fees.

**WHEREFORE,** Plaintiffs Caldwell and Bui claim compensatory damages, incidental and consequential damages, punitive damages, and any other damages, relief or remedies available, with any appropriate equitable relief, plus interest, costs, attorney's fees, and expenses.

*/s/ Keith McKerall*

Keith McKerall (MCK044)
Attorney for Plaintiff
P.O. Box 43013
Birmingham, Alabama 35243
(205) 530-5151
keith@kmcklaw.com

Defendant's Address:

KIA Motors America, Inc.
c/o The Corporation Company, its registered agent
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

DOCUMENT 5

ELECTRONICALLY FILED
3/23/2022 3:43 PM
01-CV-2022-900848.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| BOBBI CALDWELL and | ) |
| JUSTIN BUI, | ) |
|     Plaintiffs, | ) |
| | ) Civil Action No.: |
| v. | ) |
| | ) |
| KIA AMERICA, INC., | ) |
|     Defendant. | ) |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT KIA

COMES NOW the Plaintiffs, through counsel, and propound the following requests for documents to be produced within the time provided for under the *Alabama Rules of Civil Procedure*.

Plaintiff requests that defendant KIA America Inc. and/or its predecessor KIA Motors America, Inc. produce the following, which is limited to the time frame up to but not after date of the filing of this lawsuit and which seeks no information protected by the attorney/client privilege:

1. The Certificate or Origin or Manufacturer's Statement of Origin for the subject SUV.

2. All information in GM's possession pertaining to Justin Bui, Bobbi Caldwell, and the subject SUV from the time of final assembly of the SUV to the date of the filing of this lawsuit.

3. Each and every all information relating or pertaining to the origination, transport, delivery to dealer, sale, and financing of Caldwell's SUV.

4. A copy of the new vehicle written warranty for Caldwell's SUV.

5. A copy of the entire customer service file or files relating to the plaintiffs and their

SUV including all recorded calls and any transcriptions of calls.

6. Call logs that show all activity of KIA representatives in handling any aspect of customer service involving the plaintiffs, their SUV, and/or their lawyers.

7. Activity logs showing all activity of KIA representatives handling any aspect of customer service involving the plaintiffs, their SUV, or their lawyers' communications with KIA.

8. All information and communications provided to KIA or received by KIA involving work, service, warranty-related repair attempts, the Final Repair Attempt and all other aspects of dealer involvement relating or pertaining to the plaintiffs and their SUV.

9. All information and communications regarding the final repair attempt in this case, including any reports, analysis, or other documentation of any kind.

10. All information and communications in this matter regarding attorney's fees for the plaintiff's attorney.

11. Parts invoices, work orders or invoices, inspection reports, tests, observations, field service representatives' reports, estimates, and all other documents and information regarding the condition of the plaintiffs' SUV, service, warranty service, work orders, repair orders, repair approvals, repair attempts, and Final Repair Attempt.

12. The SUV's repair history as shown in any KIA database which dealership service technicians can access during warranty-related or other work or repairs in order to see the vehicle service history.

13. The SUV's repair history as shown in any database that KIA customer service representatives use when handling customer service or warranty matters for KIA owners and dealerships.

14. The truck's repair history as annotated, commented upon, or supplemented in any electronic system that stores additional data or supplemental data such as metadata, user comments, highlights, flags, tabs, task instructions, processing and handling

data or instructions, and tracking data.

15.   KIA's policies, practices and procedures for rental reimbursement requests such as the one involved in this case.

16.   KIA's customer service employee training program – including any and all documents and information in KIA's possession -- associated with training or education of customer service representatives (such as Mike and Allison) that relate or pertain to rental reimbursement requests such as the one involved in this case.

17.   KIA's policies, practices and procedures that relate or pertain to the issue of attorney's fees and fee shifting statutes such as the Magnuson-Moss Act or state lemon laws.

18.   Employee or customer service representative training or educational programs that relate to, pertain to, or involve the issue of attorney's fees and fee shifting statutes such as the Magnuson-Moss Act or state lemon laws.

*/s/ Keith McKerall*

Keith McKerall
Attorney for Plaintiffs

Of Counsel:

Keith McKerall
Attorney at Law
P.O. Box 43013
Birmingham, Alabama 35243
P: (205) 530-5151
F: (205) 435-6505
keith@kmcklaw.com



AlaFile E-Notice

01-CV-2022-900848.00

To:   KEITH MCKERALL
      keith@kmcklaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BOBBI CALDWELL ET AL V. KIA AMERICA, INC.
01-CV-2022-900848.00

The following complaint was FILED on 3/23/2022 3:43:46 PM

Notice Date:      3/23/2022 3:43:46 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2022-900848.00

To: KIA AMERICA, INC.
CT CORPORATION SYSTEM
2 N. JACKSON ST. #605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BOBBI CALDWELL ET AL V. KIA AMERICA, INC.
01-CV-2022-900848.00

The following complaint was FILED on 3/23/2022 3:43:46 PM

Notice Date:      3/23/2022 3:43:46 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-900848.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### BOBBI CALDWELL ET AL V. KIA AMERICA, INC.

**NOTICE TO:** KIA AMERICA, INC., CT CORPORATION SYSTEM 2 N. JACKSON ST. #605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KEITH MCKERALL

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. Box 43013, Birmingham, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BOBBI CALDWELL pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 03/23/2022 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ KEITH MCKERALL

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____

*(Date)*

_____    *(Address of Server)*

*(Type of Process Server)*    *(Server's Signature)*    _____

*(Server's Printed Name)*    *(Phone Number of Server)*



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BOBBI CALDWELL ET AL V. KIA AMERICA, INC.

01-CV-2022-900848.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.73

Parties to be served by Certified Mail - Return Receipt Requested

KIA AMERICA, INC.                                          Postage: $7.73
CT CORPORATION SYSTEM
2 N. JACKSON ST. #605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KIA AMERICA, INC.

CT CORPORATION SYSTEM
2 N. JACKSON ST. #605
MONTGOMERY, AL 36104

9590 9402 7107 1251 0713 50

2. Article Number (Transfer from service label)

7021 1970 0001 4424 1528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   S/C

   CV - 22 - 900849

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



DOCUMENT 7

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KIA AMERICA, INC.

CT CORPORATION SYSTEM

2 N. JACKSON ST. #605

MONTGOMERY, AL 36104

*COMPLETE THIS SECTION ON DELIVERY*

A: Signature

X _jennifer ___lockwood_   ☐ Agent
                             ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

MAR 2 8 2022

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

S/C

CV-22-900848



9530 9402 7107 1251 0713 50

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7021 1970 0001 4424 1528

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



USPS TRACKING #

MONTGOMERY AL 360

29 MAR 2022 PM 3 L

9590 9402 7107 1251 0713 50

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 31 2022

JACQUELINE ANDERSON SMITH
CLERK

j-010100



AlaFile E-Notice

01-CV-2022-900848.00

Judge: MARSHELL JACKSON HATCHER

To: MCKERALL KEITH MICHAEL
keith@kmcklaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BOBBI CALDWELL ET AL V. KIA AMERICA, INC.
01-CV-2022-900848.00

The following matter was served on 3/28/2022

**D001 KIA AMERICA, INC.**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2022-900848.00

Judge: MARSHELL JACKSON HATCHER

To: MCKERALL KEITH MICHAEL
keith@kmcklaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BOBBI CALDWELL ET AL V. KIA AMERICA, INC.
01-CV-2022-900848.00

The following matter was served on 3/28/2022

**D001 KIA AMERICA, INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov